# FULTON N. SKAGGS v. ILLINOIS CENTRAL RAILROAD COMPANY.[2]

May 22, 1914.

No. 18,851.

After the former appeal (124 Minn. 503, 145 N. W. 381) judgment was entered in the district court in favor of plaintiff. From that judgment, defendant appealed. Affirmed.

*Butler & Mitchell*, for appellant.
*Barton & Kay*, for respondent.

PER CURIAM.

Appeal by defendant from a judgment awarding damages in an action for personal injuries.

[1] Reported in 147 N. W. 284.          [2] Reported in 147 N. W. 1135.

The case was before this court on a prior appeal from an order denying a new trial. See 124 Minn. 503, 145 N. W. 381. The same grounds for reversal are presented as before.

For reasons stated on the former appeal the judgment is affirmed, and it is so ordered.